In the Matter of the Application of WILLIAM C. OBERWALDER, as Administrator, etc., of JOSEPH OBERWALDER, Appellant, from an Order Awarding Attorney's Fees by the Surrogate to H. O. SMITH, Respondent.— Order of the Surrogate's Court of Queens county fixing compensation of attorney modified by reducing the award to the sum of $2,000, and as so modified unanimously affirmed, without costs. Appeal from order denying motion for reargument dismissed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Last Will and Testament of DELIA PEARSALL, Deceased. PERCY D. STODDART, as Special Guardian for JOHN MOORE, an Alleged Incompetent, etc., and Others, Appellants; EDITH LARBERG and Others, Respondents.— Decree of the Surrogate's Court of Nassau county and order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

CLARA KEEGAN, Respondent, v. CHARLES H. HOHORST and JOHN B. HAFF, Appellants.— Judgment affirmed, with costs, on authority of *Hughes* v. *Borden's Farm Products Company, Inc.* (252 N. Y. 532) and *Hart* v. *Hudson River Bridge Co.* (80 id. 622). Lazansky, P. J., Hagarty, Carswell and Davis, JJ., concur; Kapper, J., dissents upon the ground that the law of the case requires a finding that the alleged grease spot on the sidewalk was placed there by the defendants or their employees, and that there is no evidence to support such a finding; further, that the proof is just as consistent with a finding that the grease spot was deposited by a customer of the defendants as it is with the finding reached by the jury.

GEORG F. KEIBER, Appellant, v. KEIBER REALTY CORPORATION, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THEODORE Loos, Respondent, v. TONY BARATTA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.